OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE 7

$ 00.26⁵
APR 13 2015

PITNEY BOWES

4/6/2015
**DAUBNER, CAMERON S**                Tr. Ct. No.                WR-83,102-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF B/W 101
HARRIS COUNTY SHERIFF'S O─────

CAMERON S DAUBNER
─────── TDC # 1966576